IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICE ENTERPRISES, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>RSUI INDEMNITY COMPANY and ZENITH INSURANCE COMPANY,<br><br>　　　　　Defendants. | CIVIL DIVISION<br><br>Case No.: 2:23-cv-00846-MJH<br><br>*Filed Electronically* |

**ORDER OF COURT**

Upon review of Plaintiff, Rice Enterprises, LLC's Motion for Entry of Final and Appealable Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (ECF No. 54), and any responses thereto, it is hereby ORDERED that the Motion is GRANTED.

For the reasons stated in this Court's Opinion (ECF No. 62), the Court finds that its Orders granting the Motions to Dismiss filed by Zenith Insurance Company with respect to the Workers Compensation and Employment Practices Liability Policy and by RSUI Indemnity Company with respect to the Umbrella Policy are final judgments on the merits. The Court further expressly finds, pursuant to Fed.R.Civ.Pro. 54(b), that there is no just reason for delay in Plaintiff's ability to seek appellate review of this Court's Orders with respect to the aforementioned Motions to Dismiss.

Accordingly, final judgment is entered in favor of Zenith Insurance Company and RSUI Indemnity Company (with respect only to the Umbrella Policy) and against Plaintiff. Plaintiff's claims against Zenith Insurance Company and RSUI Indemnity Company (with respect only to the Umbrella Policy) are hereby dismissed with prejudice with each party bearing its own costs and fees.

IT IS SO ORDERED this 3rd day of May, 2024.

 

_____
Honorable Marilyn J. Horan
United States District Court Judge