IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICE ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RSUI INDEMNITY COMPANY and<br>ZENITH INSURANCE COMPANY,<br><br>        Defendants. | CIVIL DIVISION<br><br>Case No.: 2:23-cv-00846-MJH<br><br><br>HON. MARILYN J. HORAN |

## NOTICE OF SETTLEMENT AND STIPULATION OF PARTIAL DISMISSAL

NOW COMES, Plaintiff Rice Enterprises, LLC ("Rice") and Defendants RSUI Indemnity Company ("RSUI") and Zenith Insurance Company ("Zenith") (together with Rice, the "Parties"), by and through their respective counsel, and respectfully submit this Notice of Settlement and Stipulation of Partial Dismissal pursuant to Rule 41(a)(1)(A)(iii) of the Federal Rules of Civil Procedure.

1.      Rice's First Amended Complaint asserts the following claims against RSUI under Private Company Directors and Officers Liability Policy No. NHP691667-1000027181 issued by RSUI to Rice Enterprises for the policy period March 1, 2021 through March 1, 2022 (the "RSUI D&O Policy"): Count II-Declaratory Judgment against RSUI, Count IV– Breach of Contract (RSUI D&O Policy), Count VII-Bad Faith Pursuant to 42 Pa. C.S. §8371. *ECF Nos.* 20, 39.

2.      Rice has resolved and settled all claims against RSUI under the RSUI D&O Policy, and accordingly, Rice now seeks to dismiss those claims.

3.      Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), counsel for all parties who have appeared in this action have approved of and electronically signed this Notice and Stipulation.

Zenith stipulates to the dismissal of Counts II, IV and VII (as to the D&O Policy only), but takes

no position on the settlement between RSUI and Rice because Zenith is not privy to its terms.

WHEREFORE, Plaintiff respectfully requests that Counts II, IV and VII (as to RSUI

D&O Policy only be settled, discontinued and dismissed with prejudice.

Respectfully submitted,

Dated: March 31, 2025

| | |
|---|---|
| _/s/ John J. Richardson_ | _/s/ Jennifer Zaluski_ |
| John J. Richardson, Esq. (PA ID. No. 86045) | Michael DiSantis, Esq. (PA ID No. 322306) |
| Kirk B. Burkley, Esq. (PA ID No. 89511) | TRESSLER LLP |
| BERNSTEIN-BURKLEY, P.C. | 500 Grant St., Suite 2900 |
| 601 Grant Street, 9th Floor | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone:(412) 412-1571 |
| Telephone: (412) 456-8100 | Facsimile: (412) 515-1515 |
| Facsimile: (412) 456-8135 | mdisantis@tresslerllp.com |
| kburkley@bernsteinlaw.com | -and- |
| jrichardson@bernsteinlaw.com | Michael Delhagen, Esq. (_pro hac vice_) |
| | Jennifer Zaluski, Esq. (_pro hac vice_) |
| _Counsel for Plaintiff Rice Enterprises, LLC_ | TRESSLER LLP |
| | One Penn Plaza, Suite 4701 |
| | New York, NY 10119 |
| | mdelhagen@tressler.com |
| | jzaluski@tressler.com |
| | |
| | _Counsel for Defendant RSUI Indemnity Company (D&O Policy)_ |

| | |
|---|---|
| _/s/ Sharon F. McKee_ | _/s/ Patricia A. Monahan_ |
| Ronald P. Schiller, Esq. (PA ID. No. 41357) | Patricia A. Monahan, Esq. (PA ID No. 58784) |
| Sharon F. McKee, Esq. (Pa ID No. 81499) | MARSHALL DENNEHEY WARNER |
| HANGLEY, ARONCHICK, SEGAL & | COLEMAN & GOGGIN |
| PUDLIN | 501 Grant Street, Ste. 700 |
| One Logan Square, 27th Floor | Pittsburgh, PA 15219 |
| Philadelphia, PA 19103 | pamonahan@mdwcg.com |
| Telephone: (215) 496-7020, 7060 | |
| Facsimile: (215) 568-0300 | _Counsel for Defendant RSUI Indemnity Company (D&O Policy)_ |
| rschiller@hangley.com | |
| smckee@hangley.com | |
| | |
| _Counsel for Defendant Zenith Insurance Company_ | |

4334030.2