UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1880

_____

RICE ENTERPRISES, LLC
Appellant

v.

RSUI INDEMNITY CO and ZENITH INSURANCE
COMPANY

_____

On Appeal from the United States District Court for the
Western District of Pennsylvania
(District Court 2:23-cv-00846)
District Court Judge: Honorable Marilyn J. Horan
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
April 16, 2025

Before:  Chagares, *Chief Judge*, Scirica and Rendell, *Circuit Judges*.

## **JUDGMENT**

This case came to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted pursuant to Third

Circuit L.A.R. 34.1(a) on April 16, 2025.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this court that the judgment entered by the District Court on May 3, 2024 is hereby AFFIRMED.

Costs shall be taxed against the Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated: April 30, 2025